657 A.2d 936

**PENNSYLVANIA STATE TROOPERS ASSOCIATION, and Ervin P. Ward, Petitioners,**

v.

**PENNSYLVANIA STATE POLICE.**

Supreme Court of Pennsylvania.

April 19, 1995.

*ORDER*

PER CURIAM:

AND NOW, this 19th day of April, 1995, the Petition for Allowance of Appeal is granted. The Order of the Commonwealth Court is reversed and the Arbitrator's award is reinstated. *Pennsylvania State Police v. Pennsylvania State Troopers' Association, Trooper James Betancourt,* 540 Pa. 66, 656 A.2d 83 (1995).

MONTEMURO, J., is sitting by designation.